Gary WHITE, Plaintiff-Appellant,

v.

STATE of Missouri,
Defendant-Respondent.

Nos. 46033, 46915.

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 1, 1983.

Stanley David Schnaare, Hillsboro, for plaintiff-appellant.

Kristie Lynne Green, Asst. Atty. Gen., Jefferson City, for defendant-respondent.

## ORDER

PER CURIAM.

This is an appeal from a denial of a Rule 27.26 motion without an evidentiary hearing. No jurisprudential purpose would be served by a written opinion. The denial of the motion by the trial court is affirmed pursuant to Rule 84.16(b).

All concur.